## McGinnity *v.* Cronican.

[No. 8,805. Filed November 5, 1915.]

From Lake Circuit Court; *W. C. McMahan*, Judge.

*Sheehan & Lyddick*, for appellant.
*H. H. Loring*, for appellee.

Per Curiam.—Judgment affirmed.

---

## American Maize Products Company *v.* Widiger.

[No. 8,746. Filed November 16, 1915.]

Appeal.—*Constitutional Questions.*—*Transfer to Supreme Court.*— Where the record discloses that a constitutional question is involved in an appeal to the Appellate Court, and such question is duly presented by the briefs, a transfer of the cause to the Supreme Court is required.

From Lake Superior Court; *Lawrence Becker*, Judge.

Action between the American Maize Products Company and Adam Widiger. From a judgment for the latter, the former appeals. *Transferred to Supreme Court.*

*Crumpacker & Crumpacker*, for appellant.
*Gavit & Hall*, for appellee.

Per Curiam.—It appearing from the record in this case that a constitutional question is involved, and is duly presented in briefs of counsel, this cause is transferred to the Supreme Court, under §1392 Burns 1914, Acts 1907 p. 237.

---

## Brown *v.* Shupe.

[No. 8,787. Filed November 19, 1915.]

From Huntington Circuit Court; *Samuel E. Cook, Judge.*

*Fred H. Bowers* and *Milo N. Feightner*, for appellant.
*C. K. Lucas* and *C. W. Watkins*, for appellee.

Per Curiam.—Judgment affirmed.

---

## Indiana Board of Pharmacy *v.* Haag.

[No. 8,749. Filed November 19, 1915.]

From Marion Circuit Court (20,672); *Charles Remster*, Judge.

Proceeding by the Indiana Board of Pharmacy against Louis E.